## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  September 15, 2016                    521894
_____

In the Matter of GARY WATERS,
                         Appellant,

        v

CENTRAL OFFICE REVIEW                    MEMORANDUM AND ORDER
     COMMITTEE OF THE DEPARTMENT
     OF CORRECTIONS AND
     COMMUNITY SUPERVISION
     et al.,
                         Respondents.
_____

Calendar Date:  August 8, 2016

Before:  Peters, P.J., Lynch, Devine, Clark and Aarons, JJ.

_____

        Gary Waters, New York City, appellant pro se.

_____

        Appeal from a judgment of the Supreme Court (Fisher, J.), entered October 2, 2015 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Central Office Review Committee denying petitioner's grievance.

        Petitioner filed a grievance that sought limited credit time allowance for his participation in a training program, which time credit would render petitioner qualified to be conditionally released six months prior to his conditional release date. Petitioner commenced this CPLR article 78 proceeding challenging the denial of said grievance by respondent Central Office Review Committee.  Supreme Court dismissed the petition and this appeal ensued.  During the pendency of this appeal, petitioner was released from prison, rendering this proceeding moot (see Matter of Levola v Fischer, 87 AD3d 1191, 1191 [2011]; Matter of La Tour

v New York State Dept. of Correctional Servs. Cent. Off. Review Comm., 5 AD3d 890, 891 [2004]).  Furthermore, we are unpersuaded by petitioner's contention that this matter falls within the exception to the mootness doctrine (see Matter of Hearst Corp. v Clyne, 50 NY2d 707, 713 [1980]).

Peters, P.J., Lynch, Devine, Clark and Aarons, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court